UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

MORTON & CRAIG, LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057    (856)866-0100
Attorney for : Nissan Motor Acceptance Corporation,
servicer for Nissan-Infiniti Lt
Our File No.:  48200
JM-5630

In Re:

Barbara J. Cliborne

Order Filed on April 1, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case No.: | 18-33456 |
| Hearing Date: | 3-27-2019 |
| Judge: | KCF |
| Chapter: | 13 |

Recommended Local Form:    ☑ Followed    ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 1, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the motion of _____ NMAC, servicer for Nissan-Infiniti Lt _____, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

IT IS HEREBY ORDERED that the automatic stay of Bankruptcy Code section 362 (a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

❏    Real property more fully described as:

☑    Personal property more fully described as:

2015 Nissan Sentra
Vehicle Identification Number
3N1AB7AP1FY352623

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:
Barbara J. Cliborne
        Debtor

Case No. 18-33456-KCF
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Apr 01, 2019
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2019.
db             +Barbara J. Cliborne,    8 Wethersfield Drive,    Medford, NJ 08055-3304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 1, 2019 at the address(es) listed below:
        Albert  Russo    docs@russotrustee.com
        John R. Morton, Jr.    on behalf of Creditor    Nissan Motor Acceptance Corporation, Servicer for
        Nissan-Infiniti LT ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
        Kevin Gordon McDonald    on behalf of Creditor    PNC Bank N.A. kmcdonald@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        Lee Martin Perlman    on behalf of Debtor Barbara J. Cliborne ecf@newjerseybankruptcy.com,
        lmpcourt@gmail.com
        Rebecca K. McDowell    on behalf of Creditor    INVESTORS BANK rmcdowell@slgcollect.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                TOTAL: 6