Form 170 – ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18–33456–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Barbara J. Cliborne
  aka Barbara J. Danley
  8 Wethersfield Drive
  Medford, NJ 08055

Social Security No.:
  xxx–xx–5566

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑    A Motion to Dismiss has been filed by Trustee.

☐    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

  ☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

  ☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

  ☐    The corporate debtor is self–represented.

  ☐    Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Michael B. Kaplan on,

Date: 11/19/19
Time: 09:00 AM
Location: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507


Dated: November 14, 2019
JAN: kmf

                                                                                Jeanne Naughton
                                                                                Clerk