Form 170 – ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.: 18–33456–MBK
          Chapter: 13
          Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Barbara J. Cliborne
   aka Barbara J. Danley
   8 Wethersfield Drive
   Medford, NJ 08055

Social Security No.:
   xxx–xx–5566

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑    A Motion to Dismiss has been filed by Trustee.

☐    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

    ☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

    ☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

    ☐    The corporate debtor is self–represented.

    ☐    Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Michael B. Kaplan on,

Date: 11/19/19
Time: 09:00 AM
Location: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Dated: November 14, 2019
JAN: kmf

                                                                            Jeanne Naughton
                                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-33456-MBK
Barbara J. Cliborne                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Nov 14, 2019
                              Form ID: 170             Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2019.
```
db          +Barbara J. Cliborne,    8 Wethersfield Drive,    Medford, NJ 08055-3304
cr          +Nissan Motor Acceptance Corporation, Servicer for,    P.O. Box 660366,    Dallas, TX 75266-0366,
              UNITED STATES 75266-0366
517893413   #+Allied Interstate,    7525 W. Campus Road,    New Albany, OH 43054-1121
517893414   +Amex/Bankruptcy,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
517893415   +Apex Asset Management,    2501 Oregon Pike Suite 102,    Lancaster, PA 17601-4890
517893416  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
              El Paso, TX 79998)
517975924   +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517893417   +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
517980395    Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517992812   +Chase Bank USA, N.A,    c/o Robertson, Anschutz & Schneid, P.L.,
              6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
517893418   +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517893419   +Citibank North America,    Citibank Corp/Centralized Bankruptcy,    Po Box 790034,
              St Louis, MO 63179-0034
518018894   +Citibank, N.A.,    Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
517893420   +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
              St Louis, MO 63179-0034
517893421   +Citicards,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
              Saint Louis, MO 63179-0040
517893422   +Gary L. Cliborne,    8 Wethersfield Drive,    Medford, NJ 08055-3304
517893424   +Higher Education Student Assistance Auth,    Hesaa Servicing/Attn: Bankruptcy,    Po Box 548,
              Trenton, NJ 08625-0548
517893425   +Investors Bank,    101 John F Kennedy Pkwy,    Short Hills, NJ 07078-2793
517937518   +NJCLASS,    PO BOX 548,    TRENTON, NJ 08625-0548
517905515    Nissan Motor Acceptance,    POB 660366,    Dallas, TX 75266-0366
517893428   +Nissan Motor Acceptance Corp/Infinity Lt,    Attn: Bankruptcy,    Po Box 660360,
              Dallas, TX 75266-0360
517893430   +PNC Bank,    Attn: Bankruptcy Department,    Po Box 94982: Mailstop Br-Yb58-01-5,
              Cleveland, OH 44101-4982
518016327   +PNC Bank N.A.,    P.O. Box 94982,    Cleveland, OH 44101-4982
517893431   +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
517893433   +Saldutti Law Group,    800 N. Kings Hwy, Ste 300,    Cherry Hill, NJ 08034-1511
517893434   +South Jersey Radiology,    PO Box 1710,    Voorhees, NJ 08043-7710
517893439   +Tenaglia & Hunt,    395 West Passaic St, Ste 205,    Rochelle Park, NJ 07662-3016
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Nov 15 2019 00:20:44     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 15 2019 00:20:40      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
518016306    E-mail/Text: bnc-quantum@quantum3group.com Nov 15 2019 00:20:36
              Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
              Kirkland, WA 98083-0657
517893426   +E-mail/Text: bncnotices@becket-lee.com Nov 15 2019 00:19:50     Kohls/Capital One,
              Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
517893427   +E-mail/Text: ebn@ltdfin.com Nov 15 2019 00:20:11     LTD Financial Services,
              7322 Southwest Freeway,    Suite 1600,    Houston, TX 77074-2134
517971898    E-mail/PDF: resurgentbknotifications@resurgent.com Nov 15 2019 00:26:48      LVNV Funding, LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517893429   +E-mail/Text: Jerry.Bogar@conduent.com Nov 15 2019 00:21:33     NJ E-Z Pass,    PO Box 52005,
              Newark, NJ 07101-8205
518000451    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2019 00:25:18
              Portfolio Recovery Associates, LLC,    c/o American Eagle Outfitters, Inc.,    POB 41067,
              Norfolk VA 23541
518002763    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2019 00:26:40
              Portfolio Recovery Associates, LLC,    c/o Barclaycard,    POB 41067,    Norfolk VA 23541
518003724    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2019 00:25:17
              Portfolio Recovery Associates, LLC,    c/o Best Buy Visa,    POB 41067,    Norfolk VA 23541
518000448    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2019 00:28:12
              Portfolio Recovery Associates, LLC,    c/o Ebates Cashback Visa,    POB 41067,
              Norfolk VA 23541
518003749    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 15 2019 00:25:18
              Portfolio Recovery Associates, LLC,    c/o Lowe’s,    POB 41067,    Norfolk VA 23541
517893432   +E-mail/Text: bkrpt@retrievalmasters.com Nov 15 2019 00:20:39     RMCB,
              4 Westchester Plaza Suite 110,    Elmsford, NY 10523-3835
517893435   +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2019 00:25:04     Syncb/Ebates,    Attn: Bankruptcy,
              Po Box 965060,    Orlando, FL 32896-5060
517897552   +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2019 00:26:22     Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
```

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Nov 14, 2019
                              Form ID: 170             Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517893436        +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2019 00:27:56      Synchrony Bank/American Eagle,
                   Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517893437        +E-mail/PDF: gecsedi@recoverycorp.com Nov 15 2019 00:27:53      Synchrony Bank/Lowes,
                   Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                             TOTAL: 17

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               INVESTORS BANK,    c/o Saldutti Law Group,    800 N. Kings Highway,   Suite 300,   Cherry Hill
517893423*      +Gary L. Cliborne,    8 Wethersfield Drive,    Medford, NJ 08055-3304
518008444*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                  (address filed with court: Portfolio Recovery Associates, LLC,    c/o Barclaycard,   POB 41067,
                   Norfolk VA 23541)
517893438*      +Synchrony Bank/Lowes,    Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                    TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2019 at the address(es) listed below:
```
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Nissan Motor Acceptance Corporation, Servicer for
               Nissan-Infiniti LT ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC Bank N.A. kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lee Martin Perlman    on behalf of Debtor Barbara J. Cliborne ecf@newjerseybankruptcy.com,
               mcdoherty@ecf.courtdrive.com
              Rebecca K. McDowell    on behalf of Creditor    INVESTORS BANK rmcdowell@slgcollect.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```