UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LAW OFFICES OF LEE M. PERLMAN
1926 Greentree Road, Suite 100
Cherry Hill, NJ  08003
(856) 751-4224

In RE:

Barbara Cliborne

Case No.: 18-33456 MBK

Judge: **MBK**

Chapter 13

# CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Barbara Cliborne_____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☒  I am not required to pay domestic support obligations.

    ☐  I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 8/4/2022

/s/ Barbara Cliborne
Debtor's Signature

**IMPORTANT:**

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**

- **A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**