| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Barbara J. Cliborne | Social Security number or ITIN   xxx–xx–5566 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–33456–MBK | |

# Order of Discharge                                                                                 12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Barbara J. Cliborne
   aka Barbara J. Danley

<u>9/21/22</u>                                                                 **By the court:** <u>Michael B. Kaplan</u>
                                                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support
     obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified
     in 11 U.S.C. §§ 507(a)(8)( C),
     523(a)(1)(B), or 523(a)(1)(C) to the
     extent not paid in full under the plan;

**For more information, see page 2>**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 18-33456-MBK
Barbara J. Cliborne  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                              User: admin                              Page 1 of 4
Date Rcvd: Sep 21, 2022                    Form ID: 3180W                    Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barbara J. Cliborne, 8 Wethersfield Drive, Medford, NJ 08055-3304 |
| 517893422 | + | Gary L. Cliborne, 8 Wethersfield Drive, Medford, NJ 08055-3304 |
| 517893424 | + | Higher Education Student Assistance Auth, Hesaa Servicing/Attn: Bankruptcy, Po Box 548, Trenton, NJ 08625-0548 |
| 517893425 | + | Investors Bank, 101 John F Kennedy Pkwy, Short Hills, NJ 07078-2793 |
| 517893429 | + | NJ E-Z Pass, PO Box 52005, Newark, NJ 07101-8205 |
| 517937518 | + | NJCLASS, PO BOX 548, TRENTON, NJ 08625-0548 |
| 517893433 | #+ | Saldutti Law Group, 800 N. Kings Hwy, Ste 300, Cherry Hill, NJ 08034-1511 |
| 517893434 | + | South Jersey Radiology, PO Box 1710, Voorhees, NJ 08043-7710 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 21 2022 20:25:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 21 2022 20:25:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Sep 21 2022 20:25:00 | Nissan Motor Acceptance Corporation, Servicer for, P.O. Box 660366, Dallas, TX 75266-0366, UNITED STATES 75266-0366 |
| 517893414 | + | Email/PDF: bncnotices@becket-lee.com | Sep 21 2022 20:26:52 | Amex/Bankruptcy, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 517893415 | ^ | MEBN | Sep 21 2022 20:21:15 | Apex Asset Management, 2501 Oregon Pike Suite 102, Lancaster, PA 17601-4890 |
| 517893416 | + | EDI: BANKAMER.COM | Sep 22 2022 00:18:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 517975924 | + | EDI: BANKAMER2.COM | Sep 22 2022 00:18:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517893417 | + | EDI: TSYS2 | Sep 22 2022 00:18:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 517980395 | | Email/PDF: bncnotices@becket-lee.com | Sep 21 2022 20:26:58 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517992812 | + | Email/Text: RASEBN@raslg.com | Sep 21 2022 20:25:00 | Chase Bank USA, N.A, c/o Robertson, Anschutz |

| Recipient # | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 517893419 | + | EDI: CITICORP.COM | Sep 22 2022 00:18:00 | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518018894 | + | EDI: CITICORP.COM | Sep 22 2022 00:18:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 517893420 | + | EDI: CITICORP.COM | Sep 22 2022 00:18:00 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517893421 | + | EDI: CITICORP.COM | Sep 22 2022 00:18:00 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 518016306 | | EDI: Q3G.COM | Sep 22 2022 00:18:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517893418 | | EDI: JPMORGANCHASE | Sep 22 2022 00:18:00 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 517893426 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 21 2022 20:25:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 517893427 | + | EDI: LTDFINANCIAL.COM | Sep 22 2022 00:18:00 | LTD Financial Services, 7322 Southwest Freeway, Suite 1600, Houston, TX 77074-2134 |
| 517971898 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 21 2022 20:26:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517905515 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Sep 21 2022 20:25:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 517893428 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Sep 21 2022 20:25:00 | Nissan Motor Acceptance Corp/Infinity Lt, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 517893430 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 21 2022 20:25:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 518016327 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 21 2022 20:25:00 | PNC Bank N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 517893431 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 21 2022 20:25:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 518000451 | | EDI: PRA.COM | Sep 22 2022 00:18:00 | Portfolio Recovery Associates, LLC, c/o American Eagle Outfitters, Inc., POB 41067, Norfolk VA 23541 |
| 518002763 | | EDI: PRA.COM | Sep 22 2022 00:18:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 518003724 | | EDI: PRA.COM | Sep 22 2022 00:18:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Visa, POB 41067, Norfolk VA 23541 |
| 518000448 | | EDI: PRA.COM | Sep 22 2022 00:18:00 | Portfolio Recovery Associates, LLC, c/o Ebates Cashback Visa, POB 41067, Norfolk VA 23541 |
| 518003749 | | EDI: PRA.COM | Sep 22 2022 00:18:00 | Portfolio Recovery Associates, LLC, c/o Lowe's, POB 41067, Norfolk VA 23541 |
| 517893432 | + | Email/Text: bkrpt@retrievalmasters.com | Sep 21 2022 20:25:00 | RMCB, 4 Westchester Plaza Suite 110, Elmsford, NY 10523-1615 |
| 517893435 | + | EDI: RMSC.COM | Sep 22 2022 00:18:00 | Syncb/Ebates, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517897552 | + | EDI: RMSC.COM | Sep 22 2022 00:18:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517893436 | + | EDI: RMSC.COM | Sep 22 2022 00:18:00 | Synchrony Bank/American Eagle, Attn: |

| | | | |
|---|---|---|---|
| District/off: 0312-3 | User: admin | | Page 3 of 4 |
| Date Rcvd: Sep 21, 2022 | Form ID: 3180W | | Total Noticed: 43 |

| | | | | |
|---|---|---|---|---|
| | | | | Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517893437 | + | EDI: RMSC.COM | Sep 22 2022 00:18:00 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517893439 | + | Email/Text: ClericalSupport@tenagliahunt.com | Sep 21 2022 20:25:00 | Tenaglia & Hunt, 395 West Passaic St, Ste 205, Rochelle Park, NJ 07662-3016 |

TOTAL: 35

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | INVESTORS BANK, c/o Saldutti Law Group, 800 N. Kings Highway, Suite 300, Cherry Hill |
| 517893423 | *+ | Gary L. Cliborne, 8 Wethersfield Drive, Medford, NJ 08055-3304 |
| 518008444 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517893438 | *+ | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517893413 | ##+ | Allied Interstate, 7525 W. Campus Road, New Albany, OH 43054-1121 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 23, 2022         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Nissan Motor Acceptance Corporation Servicer for Nissan-Infiniti LT ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor PNC Bank N.A. kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Lee Martin Perlman | on behalf of Debtor Barbara J. Cliborne ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Rebecca K. McDowell | on behalf of Creditor INVESTORS BANK rmcdowell@slgcollect.com anovoa@slgcollect.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3 User: admin Page 4 of 4
Date Rcvd: Sep 21, 2022 Form ID: 3180W Total Noticed: 43
TOTAL: 7